# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

BRANDON CARTER                                                                                          PETITIONER

v.                                      NO. 5:15-cv-00309 JM

WENDY KELLEY, Director of the                                                              RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Brandon Carter is dismissed with prejudice. All requested relief is denied, and judgment will be entered for respondent Wendy Kelley. A certificate of appealability is also denied. See Rule 11(a) of the Rules Governing Section 2254 Cases In The United States District Courts.

IT IS SO ORDERED this 29th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE