IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRANDON CARTER                                                                                          PETITIONER

v.                                          NO. 5:15-cv-00309 JM

WENDY KELLEY, Director of the                                                                  RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Wendy Kelley.

IT IS SO ORDERED this 29th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE